# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | **Criminal No.** |
| v. : | **5:09-CR-29 (HL)** |
| : | |
| **DARIUS JEROME FLOWERS** : | |
| : | |
| **Defendant.** : | |

## ORDER

Before the Court is Defendant's Amended Motion to Revoke Detention Order (Doc. 51). On May 6, 2009 a detention hearing was held before Magistrate Judge Claude W. Hicks, Jr. in Macon, Georgia. Applying the factors set forth in 18 U.S.C. § 3142(g), the Magistrate Judge found by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. § 3142(c) would reasonably assure the safety of the community were Defendant to be released from custody at this time. Having reviewed the evidence presented at the detention hearing, as supplemented by the information contained in the Pretrial Service Report of the U.S. Probation Office, this Court hereby adopts the findings of fact and statement of reasons supporting pretrial detention in the Detention Order (Doc. 45). Accordingly, Defendant's Amended Motion to Revoke Detention Order (Doc. 51) is denied.

**SO ORDERED**, this the 12th day of May, 2009.

>                               *s/   Hugh Lawson*
>                               **HUGH LAWSON, Judge**

wjc